**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---------------------------------------------------X

| | | |
|---|---|---|
| GAYLA SCHNITZER and VALETTA MCENTYRE, on behalf of themselves, all others similarly situated, and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>ALBANY MED HEALTH SYSTEM,<br><br>Defendant. | : | CASE NO. 1:26-CV-1357 (BKS/PJE) |

---------------------------------------------------X

**NOTICE OF MOTION TO DISMISS**
**PLAINTIFFS' CLASS ACTION COMPLAINT**

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Defendant Albany Med Health System, through its attorneys, Baker & Hostetler LLP, will and does hereby move this Court before the Honorable Brenda K. Sannes, United States District Court Chief Judge, at the James T. Foley United States Courthouse, 445 Broadway, Albany, New York 12207, at a date and time to be set by the Court, for an Order dismissing Plaintiff's Class Action Complaint, with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6) on grounds that Plaintiff has failed to state a claim upon which relief can be granted, and granting such other and further relief as the Court may deem just and proper.

Dated: September 11, 2026

Respectfully submitted,

**BAKER & HOSTETLER LLP**

*/s/ Robyn M. Feldstein*
Robyn M. Feldstein
rfeldstein@bakerlaw.com
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4278
Facsimile: 212.589.4201

Raymond O. Aghaian *(pro hac vice forthcoming)*
Jason A. Orr *(pro hac vice forthcoming)*
raghaian@bakerlaw.com
jorr@bakerlaw.com
1900 Avenue of the Stars, Suite 2700
Los Angeles, CA 90067-4301
Telephone: 310.820.8800
Facsimile: 310.820.8859

*Attorneys for Defendant Albany Med Health System*